IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 10 P 1: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

TODD VINCENT, )
 )
 ) No.
 )
v. )
 )
 ) 05-40036
BUREAU OF PRISONS, )
 )
Defendant. )
 )

PETITION FOR RELEASE

Filed by Plaintiff
**TODD VINCENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TODD VINCENT,                      )
                                   )
                                   )     No.
                                   )
v.                                 )
                                   )
                                   )
BUREAU OF PRISONS,                 )
                                   )
         Defendant.                )

## PETITION FOR RELEASE

**AND NOW**, comes the Plaintiff, Todd Vincent who requests and avers the following:

1. Pursuant to 18 USC §3624(c) the Bureau of Prisons shall assure that a prisoner spend a reasonable part of the last 10 percentum of the term of imprisonment under conditions that will afford him a reasonable opportunity to adjust and prepare for re-entry into the community.

2. Pursuant to 18 USC §3621(b) the Bureau of Prisons is not limited to the 10 percentum rule and may at any time…direct the transfer of a prisoner from one penal or correctional facility to another.

3. Therefore, §3621(b) permits the Bureau of Prisons to transfer a prisoner to a community correction center at any time during his prison term. Goldings v. Winn, 383 F.3d 17 (1st Cir. 2004).

4. Plaintiff has been a model prisoner and completed all prison programs.

5. Plaintiff is married and has two young children.

6. Plaintiff is within six months of his release date and respectfully asks the Bureau of Prisons to release him to a community correction center.

7. The Bureau of Prisons had a policy of transferring prisoners to community correction centers 6 months prior to scheduled release.

8.	Plaintiff requests that the Bureau of Prisons follows its policy.

**WHEREFORE**, it is respectfully requested that the Bureau of Prisons transfer plaintiff to a community correction center.

Respectfully submitted,

*Todd Vincent*
Todd Vincent

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TODD VINCENT,                )
                             )
                             )    No.
                             )
v.                           )
                             )
                             )
BUREAU OF PRISONS,           )
                             )
          Defendant.         )
                             )

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the petition for release was served on this 7th day of February, 2005, by first-class regular mail, postage prepaid upon the following:

WARDEN
Federal Medical Center Devens
P.O. Box 880
Ayer, MA 01432


Clerk U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210




_____
Todd Vincent

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TODD VINCENT,                )
                             )   No.
                             )
v.                           )   **05-40036**
                             )
BUREAU OF PRISONS,           )
                             )
    Defendant.               )

## PRELIMINARY ORDER OF COURT

**AND NOW**, to-wit, this ___ day of _____, 2005, it is hereby

**ORDERED**, **ADJUDGED** and **DECREED** that a hearing on the within petition for release is

hereby scheduled for the _____ day of _____, 2005.

                                              **BY THE COURT:**

                                              _____, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TODD VINCENT, | ) |
| | )    No. |
| | ) |
| v. | ) |
| | )    **05-40036** |
| | ) |
| BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF COURT

AND NOW, to-wit, this ___ day of _____, 2005, it is hereby

ORDERED, ADJUDGED and DECREED that the within petition for release is hereby _____

_____

_____

_____


                                                                                          BY THE COURT:


                                                                                          _____, J.