05-CV-40036 RGS

5-23-05

To Whom it May Concern,

I filed a motion 2241 on 2-7-05 concerning my 1/2 way house / Home Confinement. Can someone please help me & tell me where my motion stands. I was supposed to be released last week on 5-20-05.

Thank you for your sincere help.

Todd Vincent 04535-087
FMC Devens PO Bx 879
Ayer MA 01432

Todd Vincent