UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TODD VINCENT, )
)
       Petitioner, )
)
v. )
) C.A. No. 05-40036-RGS
)
DAVID L. WINN, )
)
       Respondent. )

## SERVICE ORDER

On February 10, 2005, petitioner Todd Vincent, currently incarcerated at FMC Devens, filed a petition for a writ of habeas corpus under Section 2241 and later paid the applicable filing fee.

ACCORDINGLY, it is hereby ordered that:

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (a) David L. Winn, Warden, Federal Medical Center, FMC Devens, P.O. Box. 880, Ayer, MA 01432; and (b) the United States Attorney; AND

(2) The Respondent shall, within 14 days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.

June 17, 2005                    /s/ Richard G. Stearns
DATE                                UNITED STATES DISTRICT JUDGE