UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TODD VINCENT,  )<br>  )<br>    Petitioner,  )<br>  )<br>v.  )<br>  )<br>DAVID L. WINN,  )<br>  )<br>    Respondent.  )<br>  ) | Civil Action No. 05-40036 (RGS) |

### NOTICE OF MOOTNESS DUE TO PETITIONER'S RELEASE

Through his Petition, petitioner Todd Vincent, formerly a prisoner at the Federal Medical Center in Devens, Massachusetts, sought a transfer to a Community Corrections Center for the remainder of his sentence. Yesterday, however, petitioner completed his sentence (with credit for Good Conduct Time) and was released from prison. See accompanying Declaration of Patrick W. Ward. Respondent David L. Winn respectfully submits that petitioner's release renders his Petition moot. Accordingly, respondent reiterates his request that the Court dismiss the Petition.

                                                             Respectfully submitted,

                                                             DAVID L. WINN

                                                             By his attorneys,

                                                            MICHAEL J. SULLIVAN
                                                           United States Attorney

Dated: July 14, 2005
                                     By:   /s/ Gregg Shapiro
                                                           GREGG SHAPIRO
                                                           Assistant United States Attorney
                                                           One Courthouse Way, Suite 9200
                                                          Boston, MA 02210
                                                          (617) 748-3366

**Certificate of Service**

    I hereby certify that a copy of the above document was served by first-class mail this 14th day of July 2005, upon Todd Vincent, 1109 Deerfield Drive, Fairmont, West Virginia 26554.

                                        /s/ Gregg Shapiro
                                        Gregg Shapiro
                                        Assistant United States Attorney