UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TODD VINCENT, )<br>        Petitioner, )<br>)<br>v. )<br>)<br>DAVID L. WINN, )<br>        Respondent. )<br>) | Civil Action No. 05-40036(RGS) |

DECLARATION OF PATRICK W. WARD

I, Patrick Ward, hereby make the following declaration:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center in Devens, Massachusetts ("FMC Devens"), as an Attorney Advisor. I have been employed at this position since approximately March 24, 2002.

2. As an Attorney Advisor, I have access to numerous records maintained in the ordinary course of business at FMC Devens regarding federal prisoners, including, but not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons ("BOP") computerized data base, SENTRY.

3. On July 13, 2005, I ran a SENTRY search to determine the status of Petitioner Todd Vincent, Reg. No. 04535-087, with regard to his Actual Release Date from BOP custody. Review of his Public Information Data Sheet reveals that Petitioner Vincent was released from BOP custody on July 13, 2005, after reaching his Good Conduct Time release date. Attached hereto as Exhibit A is a true and correct copy of the Public Information Inmate Data sheet for Petitioner Todd Vincent.

4.  Prior to Petitioner's release from BOP custody on July 13, 2005, he provided a release destination address for Fairmont, West Virginia. Attached hereto as Exhibit B is a true and correct copy of the Inmate Profile for Petitioner Todd Vincent.

I declare that the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 13th day of July, 2005.

/s/ Patrick W. Ward
Patrick W. Ward
Attorney Advisor
Consolidated Legal Center - Devens

# EXHIBIT A

```
DEVEN              *       PUBLIC INFORMATION         *     07-13-2005
PAGE 001           *          INMATE DATA             *     07:51:12
                            AS OF 07-13-2005

REGNO..: 04535-087 NAME: VINCENT, TODD
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / GOOD CONDUCT TIME RELEASE
                   PHONE..: 978-796-1000    FAX: 978-796-1118
                                            RACE/SEX...: WHITE / MALE
FBI NUMBER.: 302704CC6                      DOB/AGE....: 11-02-1969 / 35
ACTUAL RELEASE METH.: GCT REL
ACTUAL RELEASE DATE.: 07-13-2005
------------------------------ ADMIT/RELEASE HISTORY ------------------------------
FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME
DEV    GCT REL     GOOD CONDUCT TIME REL (CCCA) 07-13-2005 0746  CURRENT
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL 05-27-2004 1338 07-13-2005 0746
S18    RELEASE     RELEASED FROM IN-TRANSIT FACL 05-27-2004 1338 05-27-2004 1338
S18    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-27-2004 0958 05-27-2004 1338
BRO    HLD REMOVE  HOLDOVER REMOVED             05-27-2004 0958  05-27-2004 0958
BRO    A-BOP HLD   HOLDOVER FOR INST TO INST TRF 05-05-2004 1345 05-27-2004 0958
B01    RELEASE     RELEASED FROM IN-TRANSIT FACL 05-05-2004 1345 05-05-2004 1345
B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-05-2004 0552 05-05-2004 1345

G0002         MORE PAGES TO FOLLOW . . .
```

```
 DEVEN        *           PUBLIC INFORMATION        *      07-13-2005
 PAGE 002     *              INMATE DATA            *      07:51:12
                          AS OF 07-13-2005

REGNO..: 04535-087  NAME: VINCENT, TODD
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / GOOD CONDUCT TIME RELEASE
                     PHONE..: 978-796-1000   FAX: 978-796-1118
LEW    HLD REMOVE  HOLDOVER REMOVED              05-05-2004 0552 05-05-2004 0552
LEW    A-BOP HLD   HOLDOVER FOR INST TO INST TRF 04-30-2004 1641 05-05-2004 0552
S42    RELEASE     RELEASED FROM IN-TRANSIT FACL 04-30-2004 1641 04-30-2004 1641
S42    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-30-2004 0830 04-30-2004 1641
LOR    TRANSFER    TRANSFER                      04-30-2004 0830 04-30-2004 0830
LOR    A-DES       DESIGNATED, AT ASSIGNED FACIL 01-05-2004 1215 04-30-2004 0830
O-Q    RELEASE     RELEASED FROM IN-TRANSIT FACL 01-05-2004 1215 01-05-2004 1215
O-Q    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-21-2003 1412 01-05-2004 1215
CBR    ADMIN REL   ADMINISTRATIVE RELEASE        10-21-2003 1412 10-21-2003 1412
CBR    A-ADMIN     ADMINISTRATIVE ADMISSION      10-21-2003 1402 10-21-2003 1412




G0002       MORE PAGES TO FOLLOW . . .
```

```
   DEVEN            *         PUBLIC INFORMATION          *      07-13-2005
 PAGE  003          *             INMATE DATA             *      07:51:12
                              AS OF 07-13-2005

REGNO..: 04535-087 NAME: VINCENT, TODD
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / GOOD CONDUCT TIME RELEASE
                    PHONE..: 978-796-1000    FAX: 978-796-1118
PRE-RELEASE PREPARATION DATE: 05-20-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  07-13-2005 VIA GCT REL

-------------------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------

COURT OF JURISDICTION............: WEST VIRGINIA, NORTHERN DISTRICT
DOCKET NUMBER....................: 1:03CR30
JUDGE............................: KEELEY
DATE SENTENCED/PROBATION IMPOSED: 10-09-2003
DATE COMMITTED...................: 01-05-2004
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

G0002         MORE PAGES TO FOLLOW . . .
```

```
    DEVEN            *        PUBLIC INFORMATION            *      07-13-2005
    PAGE 004         *           INMATE DATA                *       07:51:12
                                AS OF 07-13-2005

REGNO..: 04535-087 NAME: VINCENT, TODD
COMP NO: 010            ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS            RESP OF: DEV / GOOD CONDUCT TIME RELEASE
                        PHONE..: 978-796-1000    FAX: 978-796-1118

                  FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:   $100.00         $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

------------------------------PRIOR OBLIGATION NO: 010 -----------------------
OFFENSE CODE....:  511
OFF/CHG: CT 1: RECEIVING CHILD PORNOGRAPHY THROUGH THE MAIL
         18 USC 2252A(A)(2)(A)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    21 MONTHS


G0002         MORE PAGES TO FOLLOW . . .
```

```
   DEVEN           *            PUBLIC INFORMATION          *       07-13-2005
PAGE 005           *                INMATE DATA             *        07:51:12
                                  AS OF 07-13-2005

REGNO..: 04535-087 NAME: VINCENT, TODD
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / GOOD CONDUCT TIME RELEASE
                    PHONE..: 978-796-1000    FAX: 978-796-1118
 TERM OF SUPERVISION.............:    2 YEARS
 CLASS OF OFFENSE................: CLASS C FELONY
 DATE OF OFFENSE.................: 03-07-2001

-----------------------------PRIOR COMPUTATION NO: 010 -----------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-16-2004 AT LOR AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 01-05-2004
TOTAL TERM IN EFFECT............:    21 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS       9 MONTHS

G0002          MORE PAGES TO FOLLOW . . .
```

```
 DEVEN            *         PUBLIC INFORMATION         *      07-13-2005
 PAGE 006         *            INMATE DATA             *      07:51:12
                              AS OF 07-13-2005

REGNO..: 04535-087 NAME: VINCENT, TODD
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / GOOD CONDUCT TIME RELEASE
                     PHONE..: 978-796-1000   FAX: 978-796-1118
EARLIEST DATE OF OFFENSE........: 03-07-2001

JAIL CREDIT.....................:     FROM DATE      THRU DATE
                                      07-02-2003     07-02-2003

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 82
TOTAL GCT EARNED................: 82
STATUTORY RELEASE DATE PROJECTED: 07-13-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 10-03-2005



G0002        MORE PAGES TO FOLLOW . . .
```

```
DEVEN             *         PUBLIC INFORMATION           *    07-13-2005
PAGE 007 OF 007   *             INMATE DATA              *    07:51:12
                             AS OF 07-13-2005

REGNO..: 04535-087 NAME: VINCENT, TODD
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / GOOD CONDUCT TIME RELEASE
                    PHONE..: 978-796-1000    FAX: 978-796-1118
ACTUAL SATISFACTION DATE........: 07-13-2005
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: DEV
ACTUAL SATISFACTION KEYED BY....: CCA

DAYS REMAINING..................: 82
FINAL PUBLIC LAW DAYS...........: 0




S0039       ALL CURRENT COMPS ARE SATISFIED
```

# EXHIBIT B

```
DEVEN  535.03 *              INMATE PROFILE             *    07-13-2005
PAGE 001                                                      07:50:03
              04535-087       REG
REGNO: 04535-087                FUNCTION: DIS   DOB/AGE.: 11-02-1969 / 35
NAME.: VINCENT, TODD                            R/S/ETH.: W/M/O
RSP..: DEV-DEVENS FMC                           MILEAGE.: 495 MILES
PHONE: 978-796-1000       FAX: 978-796-1118
ARS ASSIGNMENT..: GOOD CONDUCT TIME RELEASE     FBI NO..: 302704CC6
ARS DATE/TIME...: 07-13-2005/0746                INS NO..: N/A
 PROJ REL METHOD: UNKNOWN                       SSN.....: 233908592
 PROJ REL DATE..: UNKNOWN         PSYCH: NO     DETAINER: NO    CMC..: NO
             - - - - - - - - RELEASE DESTINATION - - - - - - - - -
       AGENCY..............:
       DST ASSIGNMENT......:
       ADDRESS.............: 1109 DEERFIELD DRIVE
                             FAIRMONT, WEST VIRGINIA 26554
OFFN/CHG RMKS: RECEIVING CHILD PORNOGRAPHY THROUGH THE MAIL: 21 MONTHS +
OFFN/CHG RMKS: 2 YEARS S.R.                                  1:03CR30



G0002        MORE PAGES TO FOLLOW . . .
```

```
DEVEN   535.03  *              INMATE PROFILE              *      07-13-2005
PAGE 002 OF 002                                                   07:50:03
             04535-087              REG
REGNO: 04535-087                    FUNCTION: DIS   DOB/AGE.: 11-02-1969 / 35
NAME.: VINCENT, TODD                                R/S/ETH.: W/M/O
RSP..: DEV-DEVENS FMC                               MILEAGE.: 495 MILES
PHONE: 978-796-1000         FAX: 978-796-1118

     FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - - - EFF DATE   TIME
     DEV  ADM-REL     GCT REL    GOOD CONDUCT TIME REL (CCCA)  07-13-2005 0746
     DEV  CARE LEVEL  CARE2      STABLE, CHRONIC CARE          01-07-2005 1250
     DEV  CASE MGT    PROG RPT   NEXT PROGRESS REPORT DUE DATE 08-15-2007 1608
     DEV  CASE MGT    RPP PART   RELEASE PREP PGM PARTICIPATES 08-08-2004 1328
     DEV  CASE MGT    RPP UNT C  RELEASE PREP UNIT PGM COMPLETE 06-16-2004 1345
     DEV  CASE MGT    V94 COA913 V94 CURR OTHER ON/AFTER 91394 01-12-2004 1452
     DEV  CORR SVCS   RAN NEG    RANDOM DRG TST-NEGATIVE       04-18-2005 1317
     DEV  EDUC INFO   ESL HAS    ENGLISH PROFICIENT            02-01-2004 1250
     DEV  EDUC INFO   GED HAS    COMPLETED GED OR HS DIPLOMA   02-01-2004 1250
     DEV  FIN RESP    COMPLT     FINANC RESP-COMPLETED         01-26-2004 1158
     DEV  LEVEL       LOW        SECURITY CLASSIFICATION LOW   10-21-2003 1412
     DEV  MED DY ST   REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 01-26-2004 1244
     DEV  MED DY ST   YES F/S    CLEARED FOR FOOD SERVICE      06-21-2004 1243
     DEV  RELIGION    PROTESTANT PROTESTANT                    01-12-2004 1444

G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```